SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 21 2024
ARTHUR JOHNSTON
BY ________ DEPUTY

# PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:24cr21-KS-MTP

AARON BROWN
(Wherever Found)

The Clerk of said Court will issue summons returnable on July 15, 2024 at 1:30 p.m. before Michael T. Parker, United States Magistrate Judge, at 701 N. Main Street, Hattiesburg, Mississippi, an Information against the above-named defendant having been filed in the above-entitled cause on June _________, 2024.

This _____ day of June 2024.

TODD W. GEE
United States Attorney

By: ______________________________
JONATHAN D. BUCKNER
Assistant United States Attorney
MS Bar # 104146

Summons issued: 6-21-2024

JDB/FBI