**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 2:24cr21-KS-MTP**

**AARON BROWN** **DEFENDANT**

**ENTRY OF APPEARANCE**

**COMES NOW** Scott J. Schwartz, Attorney at Law, and Enters an Appearance as counsel of record on behalf of the Defendant, Aaron Brown, in the above-styled and captioned matter.

This, the 24th day of June, 2024.

Respectfully submitted,

**AARON BROWN**

By:________________________
Scott J. Schwartz

Scott J. Schwartz
**SCOTT J. SCHWARTZ, P.A.**
**ATTORNEY AT LAW**
Post Office Box 191
Hattiesburg, MS 39403-0191
(601) 450-1160
MS Bar No. 10488
sjsatty@aol.com

## CERTIFICATE OF SERVICE

I, Scott J. Schwartz, do hereby certify that I have this day served all counsel of record by filing the above-captioned document using the Electronic Case Filing (ECF) System, which sent notifications of all such filings to all counsel of record.

This, the 24th day of June, 2024.

Scott J. Schwartz